UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21141-CIV-HUCK/WHITE
CASE NO. 07-20065-CR-HUCK

PHILLIP TAYLOR,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/



## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Movant Phillip Taylor's amended motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (Cv-D.E. # 17), filed January 8, 2010. On November 30, 2010, Magistrate Judge Patrick A. White issued a Report and Recommendation (Cv-D.E. #33), recommending that the movant's amended motion to vacate be denied. Movant has not filed any objections to the Report and Recommendation.

The Court has reviewed *de novo* the Report and Recommendation and the record, and is otherwise duly advised. The Court adopts the findings of fact and conclusions of law as stated in the Report and Recommendation. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED. Movant's amended section 2255 motion is DENIED. The case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, December 28, 2010.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record
Magistrate Judge Patrick A. White
Phillip Taylor
Reg. No. 57120-004
Federal Correctional Institution
P. O. Box 4200
Three Rivers, TX 78071